AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JABARI BEASLEY,

       Plaintiff,

                                     JUDGMENT IN A CIVIL CASE

**v.**

                                   CASE NUMBER:  CV  320-031

CALVIN BURNS; DOUG MAYBIN; RON BIVINS;
MOUNT VERNON POLICE DEPARTMENT; and
MATHEW MALLORY,

       Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated September 8, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's case is DISMISSED for failure to state a claim upon which relief may be granted. Furthermore, any potential state law claims are DISMISSED without prejudice. This case stands CLOSED.



09/08/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*/s/ Jamie Hodge*
*(By) Deputy Clerk*

GAS Rev 10/1/03